FILED
2009 Oct-28 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **JOHN M. MCCLELLAN**, individually and on behalf of all others similarly situated )<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>**REGIONS FINANCIAL CORPORATION,** )<br>    et al, )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO. 2:09-cv-01976-UNAS-RBP** |

## FORMER DIRECTOR AND OFFICER DEFENDANTS' MOTION TO DISMISS

COMES NOW Defendants Ronald C. Jackson, Richard D. Horsley, Allen B. Morgan, Jr., Margaret H. Greene, Jorge M. Perez, Malcolm Portera, Robert R. Waller, Spence L. Wilson, and Harry W. Witt,[1] (collectively "Former Directors and Officers") and moves this Court, pursuant to Federal Rules of Civil Procedure 8, 9(b), 10 and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 & 5 (2009), to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

---

[1] The listed defendants represent only the Former Directors and Officers who have been served according to court records as of the date of this motion. Plaintiff served the first of these defendants -- Jackson, Morgan, and Perez -- on October 9, 2009. As a result, the motion is timely for these defendants as well as the later-served Former Directors and Officers.

1785556 v289562.2

The Former Directors and Officers set forth the following grounds for their motion to dismiss:

(1) failure to bring the claim within the one year statute of limitations and three year statute of repose;

(2) failure to allege adequately any specific misstatement of fact or omission by a Former Director and Officer that was materially misleading when made;

(3) failure to allege adequately that any Former Director and Officer made any statement or omitted any fact with the requisite level of culpability or scienter;

(4) failure to allege adequately that any misstatements or omissions by any Former Director and Officer caused the Plaintiff any cognizable losses;

(5) because Plaintiff cannot state a claim for an underlying violation of Section 14(a) of the Securities Exchange Act of 1934 and SEC Rule 14a-9, Plaintiff cannot state a claim under Section 20(a) for control person liability based on these violations against any Former Director and Officer. *See Mizzaro v. Home Depot, Inc.*, 544 F.3d 1239, 1255 (11th Cir. 2008) (where plaintiff failed to adequately plead underlying securities violations, "its section 20(a) control-person claims against the individual defendants necessarily fail as well"); and

(6) failure to file a sworn certification affirming compliance with the requirements set forth in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2) (2009).

The Former Directors and Officers also specifically adopt and incorporate all of the grounds set forth in (1) the Motion to Dismiss and supporting memorandum of Regions Financial Corporation, dated October 28, 2009; (2) the Motion to Dismiss of the Current Directors and/or Officers of Regions Financial Corporation, dated October 28, 2009; (3) the Motion to Dismiss and supporting memorandum of Merrill Lynch, Pierce, Fenner & Smith Incorporated, dated October 28, 2009; and (4) the Motion to Dismiss and supporting memorandum of Ernst & Young, dated October 28, 2009.

The Former Directors and Officers also join in the request of the aforementioned defendants that the Court consider the statute of limitation and statute of repose issue prior to the other grounds of this motion, while allowing defendants to reserve their rights to brief the remaining grounds for dismissal at a later time, if necessary.

Dated: October 28, 2009

                                        Respectfully submitted,

                                        /s/ Victor Hayslip
                                        Victor L. Hayslip ASB-6132-H31V
                                        Betsy P. Collins ASB-9715-C62B
                                        Richard J. Davis (ASB-6537-A49D)
                                        Walker S. Stewart (ASB-3720-W84S)

                                        Attorneys for Defendants Ronald C. Jackson, Richard D. Horsley, Allen B. Morgan, Jr., Margaret H. Greene, Jorge M. Perez, Malcolm Portera, Robert R. Waller, Spence L. Wilson, and Harry W. Witt

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## **CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that service of the foregoing Motion to Dismiss was made upon the following counsel of record through the Court's electronic filing system this the 28th day of October, 2009.

Joe R. Whatley, Jr., Esq.
Deborah Clark Weintraub, Esq.
WHATLEY, DRAKE & KALLAS, LLC
2001 Park Place N, Suite 1000
Birmingham, AL 35203

                                        /s/ Victor Hayslip
                                        OF COUNSEL