IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN M. MCCLELLAN, Individually and On Behalf of All Others Similarly Situated, <br><br>*Plaintiff*, <br><br>v. <br><br>REGIONS FINANCIAL CORPORATION, C. DOWD RITTER, JACKSON W. MOORE, IRENE ESTEVES, ALTON E. YOTHER, D. BRYAN JORDAN, RONALD C. JACKSON, RICHARD D. HORSLEY, ALLEN B. MORGAN JR., SAMUEL BARTHOLOMEW, JR., GEORGE W. BRYAN, MARGARET H. GREENE, SUSAN W. MATLOCK, JORGE M. PEREZ, DR. MALCOLM PORTERA, JOHN R. ROBERTS, MICHAEL S. STARNES, LEE J. STYSLINGER III, ROBERT R. WALLER, SPENCE L. WILSON, HARRY W. WITT, MERRILL LYNCH, PIERCE FENNER & SMITH, INCORPORATED, and ERNST & YOUNG, LLP <br><br>*Defendants*. | CIVIL ACTION NO. <br>2:09-cv-01976-UNAS-RBP <br><br><br><br><br><br><br>CLASS ACTION COMPLAINT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff John M. McClellan voluntarily dismisses his claims in this action without prejudice under Federal Rule of Civil Procedure 41(a). No answers or motions for summary judgment have been filed by the Defendants.

DATED:  November 13, 2009               Respectfully submitted,

/s/ Joe R. Whatley, Jr.
JOE R. WHATLEY, JR.
WHATLEY, DRAKE & KALLAS, LLC
2001 Park Place N, Suite 1000
Birmingham, AL  35203
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

Deborah Clark-Weintraub
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway
37th Floor
New York, NY  10036
(212) 447-7070

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John N. Bolus, Esq.<br>Carl S. Burkhalter, Esq.<br>Thomas W. Thagard, III, Esq.<br>MAYNARD COOPER & GALE, PC<br>1901 6th Avenue North, Suite 2400<br>Birmingham, AL 35203-2618 | Larry B. Childs, Esq.<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>AmSouth Harbert Plaza<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, AL 35203 |
| Gregory H. Hawley, Esq.<br>WHITE ARNOLD & DOWD, PC<br>2025 Third Avenue N, Suite 500<br>Birmingham, AL 35203 | Victor L. Hayslip, Esq.<br>BURR & FORMAN, LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Kenneth O. Simon, Esq.<br>CHRISTIAN & SMALL, LLP<br>Financial Center, Suite 1800<br>505 North 20th Street<br>Birmingham, AL 35203 | David B. Tulchin, Esq.<br>SULLIVAN & CROMWELL, LLP<br>125 Broad Street<br>New York, NY 10004-2498 |

 /s/ Joe R. Whatley, Jr.
OF COUNSEL
