IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN M. MCCLELLAN, etc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 09-UNAS-RBP- 1976-S |
| | ) | |
| REGIONS FINANCIAL CORPORATION, et al | ) ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

In accordance with the Notice of Voluntary Dismissal filed by plaintiff, John M. McClellan on November 13, 2009 and there being no objections by the defendants, this action is **DISMISSED, WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 17th day of November, 2009.

_Robert B. Propst_
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**